[No. 17128-1-III.    Division Three.    April 29, 1999.]
KENT NIELSON, *Appellant*, v. AGRINORTHWEST, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 96-2-01385-1, Carolyn A. Brown, J., entered December 17, 1997. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Kato, J. Now published at 95 Wn. App. 571.

[No. 21525-0-II.    Division Two.    April 30, 1999.]
KHMER KROM BUDDHIST ASSOCIATION OF TACOMA AND PIERCE COUNTY, ET AL., *Appellants*, v. EANG NAY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-07657-6, Donald H. Thompson, J., entered December 31, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Seinfeld, J.

[No. 22276-1-II.    Division Two.    April 30, 1999.]
THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS WAYNE SCHULTZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-00790-4, Bryan E. Chushcoff, J., entered July 29, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Bridgewater, C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 22333-3-II.    Division Two.    April 30, 1999.]
THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DWAYNE CHAVEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 97-1-00011-0, Joel M. Penoyar, J., entered August 25, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, C.J., and Morgan, J.